JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULIVARDO AVALOS,<br>　　　　　　　Plaintiff,<br>　v.<br>ANDREW M. SAUL,<br>Comm'r of Soc. Sec. Admin.,<br>　　　　　　　Defendant. | Case No. 2:20-cv-06602-SHK<br><br>**JUDGMENT** |

It is the judgment of this Court that this case is DISMISSED without prejudice consistent with the Court's Order.

DATED: 04/26/2021

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge